396 A.2d 65

Commonwealth v. Walter Smith, Appellant.

Submitted November 8, 1976.  Stephen Toole, Assistant Public Defender, for appellant;  Donald E. Lewis, District Attorney, for Commonwealth, appellee.

Order affirmed.

SPAETH, J., concurred in the result.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.